Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**
**UNITED STATES DISTRICT COURT**
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

_____ Division

DEC 04 2023

**MITCHELL R. ELFERS**
**CLERK**

|  |  |  |
|---|---|---|
| *Caley Giuseppe Volante* | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| *See attached* | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Defendants cont.,

*Bernalillo County New Mexico metropolitan Retention Center,

* Larry Grant, Captain at M.D.C.

*Abraham Giardo, LT at M.D.C,

* J.M.U. Zalneye, SGT. Cert at M D C

*J.M.U. Barella, an SGT Transport at M D C

* Steven Schmidt, SGT at M D C

*J.M.U. Benelli, Correction officer at M D C may have misplt Last Name

*J.M.U. Woodards. Cpt at M D C

* J.M.U. Greathouse, LT at M D C

*J.M.U. Percell. Sgt Cert/Transport M D C may have misplt Last name.

*The Warden of M.D.C.,

*The Majors at M D C

*Tony aguilar of M D C Handled Budget

*Krystal Gallegos of M D C Handles Work detail

*Bernalillo County Board of Commissioners

*County of Bernalillo

* City of albuquerque,

* albuquerque City Council.

* New mexico Department of Corrections.

* Tim Keller mayor of albuquerque

* Secretary of New mexico department of corrections

* State of New Mexico

* New mexico House

* New mexico Senate

* michelle Lujan Grisham Governor of New mexico

* Sonia aragon, Cpt at MDC Stich end

* Raul Torres attorney General of New mexico

* Bernalillo County Clerks office

* Bernalillo County Clerk

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                        *Calez Giuseppa    Volante*

All other names by which
you have been known:

ID Number                   *100229606*

Current Institution         *BernCo mnm  mDC*

Address                     *100 Reputy Roan  miera u Se*
                            *albeguerque      mnm      87151*
                                    *City*        *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        *Bernalillo County new mexico metroplitica*

Job or Title *(if known)*   *Retutin Cutr*

Shield Number

Employer

Address                     *100 Reputy Roan mieru u Se*
                            *albuguerque      mnm      87151*
                                    *City*        *State*       *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name                        *Larry Grant*

Job or Title *(if known)*   *Capitan  D clnit*

Shield Number

Employer                    *Bernalillo County new mexike mdll*

Address                     *100 Reputy Roan mieru u So*
                            *all             mnm      87151*
                                    *City*        *State*       *Zip Code*

[✓] Individual capacity    [✓] Official capacity

3 abraham Girardo

LT D Unit

Bernalillo County new mexico on D.C.

100 Deputy Dean miera er Dew

all on om    8 7 15 7

☐ Individual capacity ☐ official capacity

4 FMCI Laienya

Cert SGt

Bernalillo County new mexico on D.C.

100 Deputy Dean miera er Dew

all on om    8 7 15 7

☐ Individual capacity ☐ official capacity

5 FMCI Barela

Transport SGt

Bernalillo County new mexico on PC

100 deputy Dean miera er Dew all

on om 8 7 15 7

☐ Individual Capacity ☐ official capacity

6 Steven Schmidt

SGT

Bernalillo County new mexico MPC

100 Deputy Dean miera er Dew

all on om 6 7 15 7

☐ Individual Capacity ☐ official capacity

7 7 FNCI Bernalli

Corrections Officer at MDC

Bernalillo County New Mexico MDC

100 Deputy Dean Miera Dr Sw

alb mm 8 7 7 5 1

☑ Individual capacity ☑ official capacity

8 FNCI Woodard

Captain RHU
100 Deputy Dean Miera Dr Sw
Bernalillo County New Mexico MDC

alb mm 8 7 7 5 1

☑ Individual Capacity ☑ official Capacity

9 FNCI Greathouse

LT

Bernalillo County New Mexico MDC

100 Deputy Dean Miera Dr Sw

alb mm 8 7 7 5 1

☑ Individual Capacity ☑ official Capacity

10 FNCI Persall

Cert Transport SGT
Bernalillo County New Mexico MPC

200 Deputy Dean Miera Dr Sw

alb mm 8 7 7 5 1

☑ Individual Capacity ☑ official Capacity

11 The Warden of MDC      Jana LMC
   warden

Bernalillo County new mexico   mdc
100 deputy Dean mnen eide
all on om 8 7 75 1
☒ Individual capacity   ☒ official capacity

12 The mijors of mpc      Jana Lmca

Bernalillo County new mexico   mpc
100 deputy Dean mnen eide
all mm 8 7 75 1
☒ Individual capacity   ☒ official capacity

13 Tony agulais
   Bodgting
Bernalillo County new mexico   mpc
100 deputy Dean mnen eide
all om om 8 7 75 1
☒ Individual capacity   ☒ official capacity

14 Crystal Gallegas
   Work Detail
Bernalillo County New mexico   mdc
100 deputy Dean mnen eide
all om om 8 7 75 7
☒ Individual capacity   ☒ official capacity

15  Bernlillo County Board of

Bernlillo County the people
415 Silver ave sw 2nd floor
alb nm 87102
☑ Individual Capacity  ☑ official Capacity

16 County of Bernlillo

Bernlillo County the people
415 Silver ave sw 2nd floor
alb nm 87102
☑ Individual Capacity  ☑ official Capacity

17 City of albuquerque

The people
1 Civic Plaza nw #11
alb nm 87102
individual capacity official capacity

18 albuquerque City Council

The people
1 Civic Plaza nw #11
alb nm 87102
☑ Individual Capacity  ☑ official Capacity

19 New Mexico Department of Corrections

The People

3201 on nm 314

Los Lunas on nm 8 7031

☑ Individual Capacity ☑ Official Capacity

20 Tim Keller

Mayor of abq

The People

1 Civic Plaza nw # 11

abq on nm 8 7102

☑ Individual Capacity ☑ Official Capacity

21 Jorge Lopez

Secretary of the New Mexico Department of Corrections

3201 on nm 314

Los Lunas nm nm 8 7021

☑ Individual Capacity ☑ Official Capacity

22 State of New Mexico

The People

490 old Santa Fe Trail Room 400

Santa Fa nm nm 8 7507

☑ Individual Capacity ☑ Official Capacity

23 New Mexico House

The People
411 State Capital
Santa Fe nm 87501
☒ Individual Capacity  ☒ Official Capacity

24 New Mexico Senate

The People
411 State Capital
Santa Fe nm 87501
☒ Individual Capacity  ☒ Official Capacity

25 Michelle Lujan Grisham
Governor
The People
490 old Santa Fe Trail Room 400
Santa Fe nm 87501
☒ Individual Capacity  ☒ Official Capacity

26 Tom C aragon
Capital
Bernalillo County nm mx
100 deputy new Mexico ri Sw
als nm 87151
☒ Individual Capacity  ☒ Official Capacity

2nd

Raul Torres

attorney General of New Mexico

207 3rd St NW Suite 300

alb nom 87102

☑ individual capacity    ☐ official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 28
Name                      _Bernalillo County Clerk office_
Job or Title *(if known)*
Shield Number
Employer
Address                   _415 Silver ave SW 2nd floor_
                          _all              mm    87108_
                             *City*        *State*     *Zip Code*
                          ☑ Individual capacity    ☑ Official capacity

Defendant No. 29
Name                      _Ponca Jonca_
Job or Title *(if known)* _Bernalillo County Clerk_
Shield Number
Employer
Address                   _415 Silver ave SW 2nd floor_
                          _all              mm    87108_
                             *City*        *State*     *Zip Code*
                          ☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
      _Equal pay Equal work, fair pay, to be free from retaliation, the right_
      _to be free from abuse, immuno ation, equal protection,_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? _we will go with the 9th amendment the enumation_
      _Clause State the 14th amendmt extras_

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*They Claim, to be acting under State and federal law By refusing to pay me the pay scale owed,*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓]    Pretrial detainee

[ ]    Civilly committed detainee

[ ]    Immigration detainee

[ ]    Convicted and sentenced state prisoner

[ ]    Convicted and sentenced federal prisoner

[✓]    Other *(explain)* *The State judge said I was innocent There is a lot to say*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. *The Facility has failed to properly pay me for the work I have done in the kitchen and else where this has been since June 2023 this included less than 2 1/2 paychecks they failed to pay me*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

*June 2023*

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*I waited to get 3 pay sack we payed 1 each they all conspired to deprive me of the pay sacks I earned they paid and even paid other inmates when sat sit around they refuse to rectify it they claims they wald give me 18 pay sack 3 of May 2023 as agreed to not file suit they lied*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*Honestly I am suffering from extreme stress due to their abuse I fear each say they will make me spend myself they refuse to do the right thing*

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*I request the court to interviene and prevent further abuse I request the court make each defendant pay $2,000,000.00 and coun court cost the psychological Taurmail postres is irreprable and can last forever Causing me to have panic attacks gist stanting cretty for the Bees this amant it law I request $2,000,000.00 from each of the 28 defendents thats a law #.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Bernaillo County New Mexico mpc

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

first in the operation of the facility I have filed the grievances and per there policy they are in violation

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.  Where did you file the grievance?

on the tablet
I also spoke with pod officers supervisors etc.

2.  What did you claim in your grievance?

They failed to pay me properly. Then another I said I would sue if they did not pay also they wont allow me more than 2 grievances a day

3.  What was the result, if any?

My filing this suit also laughed at mocked ridiculed

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The facility failed and fails to respond to the ones filed after.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:



    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
      when and how, and their response, if any:

Sgt Badrilla, Sgt Saenze, Sgt Schmidt, ct giardo, Lt Gruthouse, cpt Crant, cpt Woodard, cpt dragon, Tony aguler, crystal gallegos, social sodoc coordinators they said

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies.

I sent letters to Buncentsalk, MAN FIX l God, Doc, Mayor, Warden, attempted to contact majors contacted, Ncis, Albpd

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

I am unable to get dullimit upon sending this also the facility will Redact ones they give me though I will do my best

**VIII.    Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *30 MOV 2023*

Signature of Plaintiff    *Caley Udante*

Printed Name of Plaintiff    *Caley Udante*

Prison Identification #    *100229606*

Prison Address    *100 Deputy Dean mieu Rd Sw*
*all                    mm        87152*

                             *City*                      *State*          *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

                             *City*                      *State*          *Zip Code*

Telephone Number    _____

E-mail Address    _____

