## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CALEY GIUSEPPE VOLANTE,

     Plaintiff,

v.

                                       No. 23-cv-01106-KWR-SCY

BERNALILLO COUNTY
METROPOLITAN DETENTION CENTER, *et al*,

     Defendants.

### **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

 

                                        _____/S/_____
                                        KEA W. RIGGS
                                        UNITED STATES DISTRICT JUDGE